## Case No. 13,332.

### STEAM CUTTER CO. v. WINDSOR MANUF'G CO.

[Cited in Steam Cutter Co. v. Sheldon, Case No. 13,331. Nowhere reported; opinion not now accessible.]

STEAM DERRICK BOAT (MALTBY v.).
See Case No. 9,000.

### STEAMER.

[Note. Cases cited under this title will be found arranged in alphabetical order under the names of the vessels; e. g. "The Steamer New Orleans. See New Orleans."]

### STEAM FERRYBOAT.

[Note. Cases cited under this title will be found arranged in alphabetical order under the names of the vessels; e. g. "The Steam Ferryboat Roslyn. See Roslyn."]